**MEMO ENDORSED.**

LAW OFFICES OF
# JASON L. ABELOVE, P.C.
666 OLD COUNTRY ROAD
SUITE 303
GARDEN CITY, NEW YORK 11530

TELEPHONE: 516-222-7000
E-MAIL: jason@jasonabelove.com

FACSIMILE: 516-542-2001
WWW.JASONABELOVE.COM

October 27, 2025

**VIA ECF**

Magistrate Judge Ona T. Wang
United States District Court
Southern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Abel Lopez Robles v. Bagelworks Inc. and Ramsey Hinnawi, et al.
    Docket No.: 25-cv-05334-PAE

Dear Honorable Madam;

This office represents Defendants, Ramsey Hinnawi, et al. in the above entitled action. This letter is to request an adjournment of the November 5, 2025 Preliminary Settlement Conference until after November 11, 2025. This application is on consent.

The reason for this request is that my wife is scheduled for a full knee replacement on October 30th and I anticipate being out of the office through November 10th.

Thank you for your attention to this matter.

Very truly yours,

Jason L. Abelove

JLA/sc

cc: Katelyn Schillaci, Esq.

The Preliminary Settlement Conference is **ADJOURNED** to Thursday, November 13, 2025 at 3:30 PM.

Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

_____
Ona T. Wang                          October 28, 2025
U.S.M.J.