**MEMO ENDORSED.**



# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

June 22, 2026

Via ECF:
Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Robles et al v. Bagelworks Inc. et al***
**Civil Docket No.: 1:25-cv-05334-PAE-OTW**

Dear Judge Wang:

Our office represents Plaintiff in the above-referenced matter, and we submit this letter motion to respectfully request an adjournment of the in-person initial conference scheduled for July 1, 2026 at 12:00 p.m. The reason for this request is that the undersigned is out of office on that date and the other attorneys from our office are unavailable to attend. In light of this, Plaintiff respectfully requests an adjournment to a later date. This is the first request for an adjournment of the initial conference.

Counsel for Defendants consents to this request. The parties conferred and are mutually available for the initial conference on July 14, 2026 in the afternoon, July 15, 2026 at any time, and July 22, 2026 after 12:00 p.m.

We thank the Court for its kind consideration in this matter and remain available to provide any additional information.

Respectfully submitted,

*/s/KatelynSchillaci*
Katelyn Schillaci, Esq.

CC (via ECF):
*Counsel for Defendants*

Application **GRANTED.** The July 1 Initial Case Management Conference is **ADJOURNED to Tuesday, July 21, 2026 at 12:30 PM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

Parties are directed to review my individual practices and file a joint 26(f) report in advance of the conference.

**SO ORDERED.**

**Ona T. Wang**                                    **June 23, 2026**
**U.S.M.J.**