**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

ABEL LOPEZ ROBLES,

Plaintiff,

-against-

BAGELWORKS INC., et al.,

Defendants.

------------------------------------------------------------x

25-CV-5334 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference in this matter on July 21, 2026. As ordered at the Conference, parties are directed to submit joint status letters on the last business Friday of every month, beginning on Friday, August 28, 2026. Parties are directed to include in their joint status letter their availability for a preliminary settlement conference call during the weeks of September 21, September 28, and October 5, 2026.

The Clerk of the Court is respectfully directed to unstay this case.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: July 21, 2026
New York, New York