**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ABEL LOPEZ ROBLES,<br><br>Plaintiff,<br><br>-against-<br><br>BAGELWORKS INC., et al.,<br><br>Defendants. | 25-CV-5334 (PAE) (OTW)<br><br>**SCHEDULING ORDER** |

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Thursday, December 03, 2026 at 4:30 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 29, 2026
New York, New York